UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                                         :
     UNITED STATES OF AMERICA,                           :
                                                         :
                                                         :
                    -v-                                  :
                                                         :                    1:16-cr-0396-GHW-1
                                                         :
     RASHEED BAILEY,                                     :                           ORDER
                                                         :
                                         Defendant.      :
-------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        The remote status conference scheduled for January 25, 2021 is adjourned to January 29,

2021 at 10:30 a.m.  Members of the public who wish to audit the proceeding may do so using the

following dial-in information: (888) 557-8511; Access Code:  7470200#.

        SO ORDERED.

Dated:  January 25, 2021                           _____
                                                        GREGORY H. WOODS
                                                      United States District Judge