# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

## MEMORANDUM ENDORSED

April 12, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/21

**BY ECF ONLY**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Rasheed Bailey, 16 Cr. 396 (GHW)*

Dear Judge Woods:

On January 19, 2021, I was appointed to represent Rasheed Bailey in connection with Specifications filed by the Probation Department alleging that Mr. Bailey violated the terms of his supervised release by, among other things, being arrested for a narcotics offense. Your Honor scheduled a conference on the VOSR on Wednesday, April 12. This letter is to request respectfully a 30-day adjournment of the conference. The Government joins me in this request.

Briefly, I anticipate that before the Government seeks an Indictment, Mr. Bailey will be pleading guilty to an Information charging a narcotics offense. We are working with the Government on a global disposition of both the new matter and the VOSR. The additional time is needed to finalize our agreement.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Counsel for Rasheed Bailey*

Application granted. The April 14, 2021 conference is adjourned to May 19, 2021 at 10:00 a.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 755.
SO ORDERED
Dated:  April 12, 2021
New York, New York

GREGORY H. WOODS
United States District Judge

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC