# Law Offices of Jill R. Shellow

---

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

August 24, 2021

> Application GRANTED. The proceedings in both matters are hereby ADJOURNED to October 12, 2021, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #22 in 21-CR-307 and Doc # 773 in 16-CR-396. SO ORDERED.
>
> *[signature]*
>
> August 25, 2021

**BY ECF ONLY**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  *United States v. Rasheed Bailey*, 21-cr-307 (JMF)
     *United States v. Rasheed Bailey*, 16 Cr. 396 (JMF) (VOSR)

Dear Judge Furman:

I represent Rasheed Bailey in both of the matters above, and I write in response to Your Honor's August 23, 2021 Order about the proceedings scheduled for September 10, 2021. At present it appears that I have a matter that is proceeding to trial on September 8, 2021 before the Honorable Denise L. Cote. *See United States v. Careem Joseph*, 21-cr-37 (DLC). Accordingly, I respectfully request an adjournment of the proceedings in both matters of approximately 30 days. I anticipate that the proceedings will go forward in person. I have consulted with AUSA Alexander Li. Mr. Li concurs that both matters should be heard at the same time and consents to the adjournments.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow
*Attorney for Rasheed Bailey*

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC