# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

August 31, 2021

**BY ECF ONLY**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

      RE:    *United States v. Rasheed Bailey*, 21-cr-307 (JMF)
               *United States v. Rasheed Bailey*, 16 Cr. 396 (JMF) (VOSR)

Dear Judge Furman:

      I write to request respectfully that the sentencing proceedings in the above-referenced cases, presently scheduled to take place on October 12, 2021 at 10:30 a.m., be re-scheduled to October 13, 2021 at 10:30 a.m.  I have conferred with AUSA Alexander Li. Mr. Li is available on October 13 and consents to this request.

      Thank you for your consideration.

                                          Respectfully submitted,

                                          Jill R. Shellow
                                          *Attorney for Rasheed Bailey*

Application GRANTED. The proceedings in both matters are hereby RESCHEDULED to October 13, 2021, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #24 in 21-CR-307 and Doc # 775 in 16-CR-396. SO ORDERED.

September 1, 2021

**Connecticut Office**:  2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC